# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| EDNA GORHAM-BEY, #39381-037 | : | Civil Action No. RWT-11-1221 |
| Petitioner | : | |
| v. | : | |
| WARDEN | : | |
| Respondent | : | |

……..

## MEMORANDUM OPINION

On May 5, 2011, Edna Gorham-Bey, a self-represented inmate, submitted a paper requesting to serve the balance of her term of imprisonment at a community corrections center. To the extent Gorham-Bey seeks to challenge the execution of her sentence, her claims are properly raised by way of a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 in the judicial district where she is in custody. See Braden v. 30th Judicial Circuit, 410 U.S. 484, 495-500 (1973); United States v. Miller, 871 F. 2d 488, 490 (4th Cir. 1989).

Gorham-Bey is confined at the Federal Medical Center, Carswell, in Fort Worth, Texas, which is located in the judicial district of the United States District Court for the Northern District of Texas.[1] Accordingly, this case will be dismissed without prejudice to refile in the appropriate district. A separate Order follows.

Date: May 31, 2011

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE

---

[1] The address for the United States District Court for the Northern District of Texas is: 501 West 10th Street, Room 310, Fort Worth Texas, 76102-3673. The telephone number is (817) 850-6600.